# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2009

Marilyn Kelly,
Chief Justice

139784

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

CELESTINE A. BROWN,
        Plaintiff-Appellee,

v

SC: 139784
COA: 292620
WCAC: 08-000221

MESABA AVIATION, INC., and INSURANCE
COMPANY OF THE STATE OF
PENNSYLVANIA,
        Defendants-Appellants.

_____/

     On order of the Court, the application for leave to appeal the August 27, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2009

_____
Clerk

1214